## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jane Doe, | § | |
|            Plaintiff, | § | |
| | § | |
|                     v. | § | Case No. 1:14-cv-01005 (RBW) |
| | § | |
| Alfredo Simon Cabrera, | § | |
| | § | |
|            Defendant. | § | |

### ANSWER TO COMPLAINT

Defendant Alfredo Simon Cabrera ("Simon"), by and through counsel, hereby answers and asserts the following affirmative defenses to the Complaint of Plaintiff Jane Doe ("Plaintiff") as follows:

### PARTIES, JURISDICTION AND VENUE

1.      Simon lacks sufficient information or knowledge to form a belief as to the truth of the allegations in ¶ 1, and Simon therefore denies them.

2.      Simon admits that he works in Hamilton County, Ohio.  Simon denies all remaining allegations in ¶ 2.

3.      Paragraph 3 is a legal statement to which no response is required, and on that basis Simon denies these allegations.

4.      Paragraph 4 is a legal statement to which no response is required, and on that basis Simon denies these allegations.

5.      Paragraph 5 is a legal statement to which no response is required, and on that basis Simon denies these allegations.

## FACTS COMMON TO ALL COUNTS

6.      Admitted.

7.      Simon lacks sufficient information or knowledge to form a belief as to the truth of the allegations in ¶ 7, and Simon therefore denies them.

8.      Simon lacks sufficient information or knowledge to form a belief as to the truth of the allegations in ¶ 8, and Simon therefore denies them.

9.      Simon lacks sufficient information or knowledge to form a belief as to the truth of the allegations in ¶ 9, and Simon therefore denies them.

10.     Simon lacks sufficient information or knowledge to form a belief as to the truth of the allegations in ¶ 10, and Simon therefore denies them.

11.     Simon denies the allegations contained in ¶ 11.

12.     Simon denies the allegations contained in ¶ 12.

13.     Simon denies the allegations contained in ¶ 13.

14.     Simon denies the allegations contained in ¶ 14.

15.     Simon lacks sufficient information or knowledge to form a belief as to the truth of the allegations in the first sentence of ¶ 15, and Simon therefore denies them. Simon denies all remaining allegations.

16.     Simon lacks sufficient information or knowledge to form a belief as to the truth of the allegations in ¶ 16, and Simon therefore denies them.

## COUNT I
### (Assault & Punitive Damages)

17.     Simon incorporates by reference herein his responses to the allegations in ¶¶ 1-16.

18.     Simon denies the allegations contained in ¶ 18.

19.     Simon denies the allegations contained in ¶ 19.

20.    Simon denies the allegations contained in ¶ 20.

21.    Simon denies the allegations contained in ¶ 21.

22.    Simon denies the allegations contained in ¶ 22 and the corresponding Wherefore clause.

## COUNT II
### (Battery & Punitive Damages)

23.    Simon incorporates by reference herein his responses to the allegations in ¶¶ 1-22.

24.    Simon denies the allegations contained in ¶ 24.

25.    Simon denies the allegations contained in ¶ 25.

26.    Simon denies the allegations contained in ¶ 26.

27.    Simon denies the allegations contained in ¶ 27.

28.    Simon denies the allegations contained in ¶ 28 and the corresponding Wherefore Clause.

## COUNT III
### (Intentional Infliction of Emotional Distress & Punitive Damages)

29.    Simon incorporates by reference herein his responses to the allegations in ¶¶ 1-28 and the corresponding Wherefore clause.

30.    Simon denies the allegations contained in ¶ 30.

31.    Simon denies the allegations contained in ¶ 31.

32.    Simon denies the allegations contained in ¶ 32.

33.    Simon denies the allegations contained in ¶ 33 and the corresponding Wherefore Clause.

## AFFIRMATIVE DEFENSES

By way of affirmative defenses, Simon asserts the following:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim for which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff cannot establish by a preponderance of the evidence each of the elements required to prove the claims she has asserted.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff consented to any physical contact or encounter with Simon, if any.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, by the doctrine of *in pari delicto*.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged injuries, if any, stemmed from intervening and/or superseding causes.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, by the comparative or contributory fault of Plaintiff and/or third parties.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, because Plaintiff failed to mitigate damages or injury.

## NINTH AFFIRMATIVE DEFENSE

Simon alleges the above affirmative defenses without assuming the burden of proof where the burden rests with Plaintiff.  Simon hereby gives notice that he intends to rely on such

other and further defenses as may become available or apparent during pretrial or trial proceedings in this action and reserves his right to amend this Answer and assert all such defenses.

WHEREFORE, Plaintiff is not entitled to any relief whatsoever from Simon, and Simon respectfully requests that the Court dismiss this action with prejudice, and that this Court award Simon costs and attorney's fees under any applicable provision of law, and such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Simon respectfully demands a trial by jury on all causes so triable.

/s/ *Jon R. Fetterolf*
Jon R. Fetterolf (DC Bar No. 479225)
Amit P. Mehta (DC Bar No. 467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: jfetterolf@zuckerman.com
Email: amehta@zuckerman.com

*Attorneys for Alfredo Simon Cabrera*

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be electronically filed the foregoing Answer to

Complaint with the Clerk of the Court by using the CM/ECF system on this 19th day of June,

2014.   I also have served this Answer by first-class postage prepaid mail on the following:

Andrew G. Slutkin
Geoffrey G. Hengerer
Steven J. Kelly
SILVERMAN, THOMPSON, SLUTKIN & WHITE, LLC
201 North Charles Street, 26th Floor
Baltimore, Maryland 21201
aslutkin@mdattorney.com
ghengerer@mdattorney.com
skelly@mdattorney.com

/s/ *Jon R. Fetterolf*_____
Jon R. Fetterolf