# EXHIBIT 7









| MLB SCORES | | | | | | | FULL MLB SCOREBOARD |
|---|---|---|---|---|---|---|---|
| | WAS 1 8<br>SF 5 | TOR Thurs<br>BAL 7:05 pm | CHC Thurs<br>PIT 7:05 pm | CLE Thurs<br>BOS 7:10 pm | MIL Thurs<br>NYM 7:10 pm | DET Thurs<br>CHW 8:10 pm | ARI Th<br>HOU 8:10 |

Dominate this Baseball Season with the CBS Sports Fantasy App. Get it now!
AdChoices

EYEON Baseball

# Woman files lawsuit claiming she was raped by Alfredo Simon

By Matt **Snyder** | Baseball Writer
April 24, 2014 9:07 pm ET

Like 111 Tweet 62 g+1 0

## MLB VIDEO

June 12, 2014
Tanaka keeps rolling (1:11)

1 June 12, 2014
MLB Hoagie scale: 6/12
(5:40)

2 June 11, 2014
MLB Power Rankings 6/11
(4:44)

3 June 11, 2014
Jon Niese on Mets season
(7:45)

## LATEST

MLB | 6:09 pm
Happy Anniversary: Dock Ellis throws a no-

Alfredo Simon is being sued by a woman who says he raped her. (USATSI)

**More MLB:** Power Rankings | Expert Picks | Latest news & notes | Fantasy news

Reds starting pitcher Alfredo Simon has been accused of raping a woman in April of 2013, according to a lawsuit filed against him.

The lawsuit has been filed under the pseudonym of Jane Doe and seeks $15 million in damages -- $5M in compensatory damages and $10 million in punitive damages.

From usatoday.com:

> "The allegations are totally baseless," Simon's lawyer, Jack Quinn, told USA TODAY Sports. "Mr. Simon will defend this matter fully and will be totally exonerated."
>
> The Reds declined comment.
>
> Steve Kelly, a lawyer at Silverman, Thompson, Slutkin & White, LLC in Baltimore who is representing the woman, said he worked to gather facts on the case and discussed a resolution with Simon's attorney before filing the lawsuit.
>
> "She knows this is going to be an incredibly traumatic event. It already has been," Kelly said. "You would never subject yourself to that had it not been for a real concern for the potential for this happening to other people."

As far as the alleged rape, the complaint says that the woman met Simon at a nightclub in Washington D.C. last season when the Reds were in town to play the Nationals for a four-game series. The complaint says that a man approached her saying he was Simon's manager. He offered the woman and her friends some tickets to the Nationals-Reds game the following day in addition to offering a chance to meet with Simon and Johnny Cueto, per the complaint.

Eventually, the woman accompanied Simon back to his hotel room when, the complaint says, the woman was too intoxicated to consent.

More from the lawsuit:

> "However, Defendant abruptly changed his behavior from a romantic encounter to a terrifying physical attack. As soon as Defendant started to get rough with her, Jane Doe told him to stop. Defendant ignored that plea, pinning Jane Doe down on her stomach while she struggled and continued to demand Defendant stop and get off her."

The complaint notes that the woman did have a rape kit done with the police department that revealed tears, abrasions and protruding tissue. She testified before a grand jury a week later and a week after that, found out that no charges would be pursued, the complaint says.

Back in 2011, Simon was charged with involuntary manslaughter -- for allegedly firing shots in the air that ended up killing a man -- in the Dominican Republic, but he was acquitted.

**Topics:** Alfredo Simon, Johnny Cueto, Cincinnati Reds, MLB

Like 111    Tweet 62    g+1 0     Stu...

## YOU MAY ALSO LIKE

**NCAA Football** | 6:08 pm
Report: Joker Phillips resigned over 'bump' rule violation

**World Cup** | 5:55 pm
2014 FIFA World Cup: Neymar leads Brazil past Croatia in opener

**NBA** | 5:11 pm
Chris Bosh says Melo joining Heat 'very, very unlikely'

**NCAA Basketball** | 5:10 pm
Observations: Maine transfer Edwards to have big impact at K-State

**NCAA Basketball** | 4:59 pm
Three-star South Carolina commit arrested for alleged domestic abuse

**NCAA Basketball** | 4:55 pm
Maryland transfer Charles Mitchell headed to Georgia Tech

**NBA** | 4:54 pm
Metta World Peace to be an assistant high school girls coach

**Fantasy Football** | 4:45 pm
2014 Fantasy Outlooks: Houston Texans

**NBA** | 4:36 pm
Report: Bulls targeting draft pick swap with Denver for No. 11



**MOST POPULAR**

1  Report: Heat plan to pursue Carmelo Anthony in free agency
2  'Unrealistic' for US to win World Cup? Klinsmann can't be from around here
3  Reports: Knicks think Derek Fisher can help lure Kevin Durant in 2016
4  Donald Sterling: 'The NBA is a band of hypocrites and bullies'
5  Court document shows results of Sterling's neurological testing

**CBSSPORTS.COM** SHOP