## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFREDO SIMON CABRERA<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14-1005 (RBW)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued contemporaneously with this Order, it is

**ORDERED** that Alfredo Simon Cabrera's Motion To Preclude [The] Plaintiff From Using A Pseudonym is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that the plaintiff is not required to refile her complaint and include her true name on an amended complaint as requested by the defendant. It is further

**ORDERED** that the plaintiff will not be allowed to use a pseudonym during the trial of this case if it proceeds to trial. It is further

**ORDERED** that the parties, their counsel, and others acting on their behalf, shall refrain from making any further comments to the media about this case or otherwise contributing to further media coverage about this matter.

**SO ORDERED** this 10th day of September, 2014.

                     REGGIE B. WALTON
                     United States District Judge