UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe, § | |
|     Plaintiff, § | |
| § | |
| v. § | Case No. 1:14-cv-01005 (RBW) |
| § | |
| Alfredo Simon Cabrera, § | |
| § | |
|     Defendant. § | |

## RENEWED MOTION FOR DISCLOSURE OF
## JANE DOE'S GRAND JURY TESTIMONY

Defendant Alfredo Simon Cabrera hereby renews his Motion for Disclosure of Jane Doe's Grand Jury Testimony.

The Court previously denied the motion without prejudice and explained that it could be re-filed after Defendant "petitions the Superior Court of the District of Columbia for disclosure of the plaintiff's grand jury testimony and obtains a final ruling on the motion from that court." ECF No. 56.  Defendant so petitioned the Superior Court, which today issued an order (1) concluding that "the only policy consideration favoring secrecy in this case . . . is overwhelmingly outweighed in this case where the only witness whose testimony is to be disclosed is the plaintiff, who is proceeding under a pseudonym and the substance of whose testimony has already been made public through the filing of a civil lawsuit," (2) "find[ing] it proper to order disclosure of the grand jury materials to the U.S. District Court of the District of Columbia, where the civil action is pending, for a final ruling on defendant's motion," and (3) ordering the United States Attorney's Office for the District of Columbia to "produce a transcript of Jane Doe's grand jury testimony to the Hon. Reggie B. Walton of the United States District Court for the District of Columbia, for final ruling on defendant's motion."  *See* ECF No. 62,

Def.'s Consent Notice of Superior Court Order to Disclose Grand Jury Materials to This Court, Ex. A, July 17, 2015.

The renewed motion is made pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i) and incorporates by reference all of the arguments and exhibits contained in the initial motion (ECF No. 25).

Pursuant to Local Civil Rule 7(m), Defendant's counsel has conferred with Plaintiff's counsel who opposes the relief sought in this renewed motion.  Defendant's counsel has also conferred with counsel for the United States who confirmed that the United States continues to take no position on the disclosure of Plaintiff's grand jury transcript.

Dated: July 17, 2015

/s/ *Jon R. Fetterolf*
Jon R. Fetterolf (D.C. Bar No. 479225)
Rachel F. Cotton (D.C. Bar No. 997132)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
Email: jfetterolf@zuckerman.com
Email: rcotton@zuckerman.com

*Attorneys for Defendant Alfredo Simon Cabrera*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing **RENEWED MOTION FOR DISCLOSURE OF JANE DOE'S GRAND JURY TESTIMONY** to be electronically filed with the Clerk of the Court by using the CM/ECF system on this 17th day of July, 2015, and electronically served via the CM/ECF system on the following:

> Andrew G. Slutkin
> Steven J. Kelly
> Christopher Mincher
> SILVERMAN, THOMPSON, SLUTKIN & WHITE, LLC
> 201 North Charles Street, 26th Floor
> Baltimore, MD 21201
> aslutkin@mdattorney.com
> skelly@mdattorney.com
> cmincher@mdattorney.com

I further certify that I caused the foregoing **RENEWED MOTION FOR DISCLOSURE OF JANE DOE'S GRAND JURY TESTIMONY** to be served via e-mail and first-class mail on this 17th day of July, 2015, on the following:

> Andrea McBarnette
> Assistant United States Attorney
> U.S. Attorney's Office for the District of Columbia
> 555 4th Street, N.W.
> Washington, DC  20530
> andrea.mcbarnette@usdoj.gov

/s/ *Rachel F. Cotton*
Rachel F. Cotton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Doe,<br>　　　　Plaintiff,<br><br>　　v.<br><br>Alfredo Simon Cabrera,<br><br>　　　　Defendant. | Case No. 1:14-cv-01005 (RBW) |

### [PROPOSED] ORDER

The Court has reviewed Defendant's Renewed Motion for Disclosure of Jane Doe's Grand Jury Testimony and finds that Defendant has satisfied the requirements for disclosure of her grand jury testimony. Accordingly, it is hereby **ORDERED** that Defendant's Renewed Motion for Disclosure of Jane Doe's Grand Jury Testimony is **GRANTED**. The United States shall disclose forthwith Jane Doe's grand jury testimony to the parties in this matter.

This ____ day of _____, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE