UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALFREDO SIMON CABRERA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 14-1005 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In accordance with the Court's oral ruling issued during the August 5, 2015 hearing, it is hereby

**ORDERED** that the Renewed Motion for Disclosure of Jane Doe's Grand Jury Testimony is **GRANTED**.[1]

**SO ORDERED** this 6th day of August, 2015.

　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] A Memorandum Opinion consistent with this Order is forthcoming. And should the defendant choose to reopen the plaintiff's deposition and explore topics concerning data retrieved from her cellular phone, see August 5, 2015 Order at 2 & nn.3-4, ECF No. 71, the defendant may also explore any topics regarding her grand jury testimony.