# EXHIBIT A

1

```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF COLUMBIA

JANE DOE                          .
                Plaintiff,        .
vs.                               .   Docket No. CV 14-1005
                                  .
ALFREDO SIMON CABRERA             .   Washington, D.C.
                                  .   Wednesday, August 5, 2015
                Defendant.        .
. . . . . . . . . . . . . . . . . x   10:15 a.m.


                    TRANSCRIPT OF MOTIONS HEARING

           BEFORE THE HONORABLE JUDGE REGGIE B. WALTON

                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:    Steven Kelly, Esquire
                      SILVERMAN, THOMPSON, SLUTKIN
                       & WHITE, LLC
                      201 North Charles Street - 25th Floor
                      Baltimore, MD 21201

For the Defendant:    Jon Fetterolf, Esquire
                      Rachel Cotton, Attorney-at-Law
                      ZUCKERMAN SPAEDER LLP
                      1800 M Street, NW - Suite 1000
                      Washington, DC 20036



Court Reporter:       Cathryn J. Jones, RPR
                      Official Court Reporter
                      Room 6521, U.S. District Court
                      333 Constitution Avenue, N.W.
                      Washington, D.C. 20001



Proceedings recorded by machine shorthand, transcript
produced by computer-aided transcription.
```

1   THE COURT: It's a prior statement not for
2   discovery, but it's a prior statement that if she said
3   something different before the Grand Jury than what she says
4   at trial they clearly can use it for impeachment.
5   MR. KELLY: They can, your Honor. I don't dispute
6   that. But what they're trying to do here is they're trying
7   to reopen the deposition that took place over two days, more
8   than 500 pages of testimony.
9   THE COURT: Are you seeking to reopen her
10  deposition based upon what was said before the Grand Jury?
11  I hadn't heard that before. Is that what you're seeking to
12  try and do?
13  MR. FETTEROLF: We noted at the deposition that
14  upon getting the transcript, upon reviewing it we reserve
15  the right upon looking at it to reopen the deposition. And
16  at that point if he opposes it we'd file a motion before
17  you. It's all premature. I may get it and read it and go I
18  got all I need.
19  THE COURT: I'll cross that bridge when I get to
20  it. But I will require that it be produced so that counsel
21  can review it to see whether or not it has any value in
22  reference to the defense of this case.
23  MR. FETTEROLF: Our understanding is that the U.S.
24  Attorney's office has sent it to your chambers. I guess the
25  question is --