## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-1005 (RBW) |
| ALFREDO SIMON CABRERA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion to Quash and for a Protective Order ("the motion"), ECF No. 79, the Court finds it prudent to have another member of this Court rule on the motion. Accordingly, it is hereby

**ORDERED** that the Calendar Committee shall reassign the motion (and not this case) forthwith to another judge on the U.S. District Court for the District of Columbia for resolution.

**SO ORDERED** this 14th day of September, 2015.

REGGIE B. WALTON
United States District Judge