# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 14-1005 (RBW) |
| ALFREDO SIMON CABRERA, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion, issued on this same date, it is hereby

**ORDERED** that the plaintiff's Motion to Disqualify & Memorandum in Support Thereof is **DENIED**.

**SO ORDERED** this 30th day of September, 2015.

                                                                REGGIE B. WALTON
                                                                United States District Judge

1