REDACTED



You're going to owe me a beer... fyi

Yes, as of 3:34 today, you owe me a beer (or wine!)

Dude, it's a joke. Let's catch up soon for real though

REDACTED

**Marina**

2:27 PM

Mon, Jun 29, 10:34 AM

> Are you in dc and neglected to tell me

> Nope! Why? I'm coming down for the day tomorrow but I'm only on the ground for about 6 hours

> Bummer. Just felt with an over the phone objection in one of your cases, thought you might be here

> Alas no! How much longer before you start at

REDACTED

•••• Verizon    5:52 PM

< Messages    **Marina**    Details

DOJ?

Late sept or ocr, leaving here sept 4!

Text Message    Send