**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALFREDO SIMON CABRERA,**<br><br>**Defendant.** | **Civil Action No. 1:14-cv-1005 (ESH)** |

**ORDER**

In consideration of the Joint Motion to Quash Subpoena and for a Protective Order (Sept. 11, 2015, ECF No. 79) filed by defendant and interested non-party Benjamin Voce-Gardner, it is hereby

**ORDERED** that the Joint Motion is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that Benjamin Voce-Gardner produce, for *in camera* review by November 3, 2015, any and all communications to, from, and/or with Marina Fernandez relating to and/or concerning *Doe v. Cabrera*, from June 2014 to the present; it is further

**ORDERED** that the remainder of the subpoena served upon Benjamin Voce-Gardner is **QUASHED**; it is further

**ORDERED** that Marina Fernandez produce, for *in camera* review by November 3, 2015, any and all documents and communications to, from, and/or with employees or members of the law firm of Zuckerman Spaeder relating to and/or concerning *Doe v. Cabrera*, from June 2014 to the present; it is further

**ORDERED** that the remainder of the subpoena served upon Marina Fernandez is **QUASHED**; and it is further

**ORDERED** that the Motions Hearing previously set for October 21, 2015 is **VACATED**.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 20, 2015