UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>ALFREDO SIMON CABRERA,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14-1005 (ESH)<br>)<br>)<br>)<br>)<br>) |

# INTERESTED NON-PARTY BENJAMIN VOCE-GARDNER'S NOTICE OF IN CAMERA SUBMISSION PURSUANT TO ORDER OF OCTOBER 20, 2015

Interested Non-Party Benjamin Voce-Gardner hereby provides notice that he has made an in camera submission pursuant to the Order of October 20, 2015. E.C.F. 119.  The materials required by such Order have been previously provided to the plaintiff, except that the in camera submission is made without redactions of irrelevant material.  *See* Exhibit B (E.C.F. 94-2) to Plaintiff's Sur-Reply In Opposition to Joint Motion to Quash Subpoena to Benjamin Voce-Gardner and for a Protective Order (E.C.F. 94) and October 20, 2015, Memorandum Opinion (E.C.F. 118) at 3 n.2.

Dated: October 28, 2015

/s/ Thomas B. Mason
Thomas B. Mason
(D.C. Bar No. 413345)
Timothy J. Simeone
(D.C. Bar No. 453700)
Harris, Wiltshire & Grannis LLP
1919 M Street, N.W., Suite 800
Washington, DC 20036
Tel: (202) 730-1300
Fax: (202) 730-1301
Email: tmason@hwglaw.com
Email: tsimeone@hwglaw.com
*Attorneys for Interested Nonparty Benjamin Voce-Gardner*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system on this 28th day of October 2015, and electronically served via the CM/ECF system.

/s/ *Thomas B. Mason*
Thomas B. Mason